```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23750
   MICHELE M ESKRIDGE
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-9336

------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/18/2007 and was confirmed 02/13/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

     The case was converted to chapter 7 after confirmation 01/13/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
AAA CHECKMATE LLC          UNSECURED          591.09            .00            .00
GMAC                       SECURED VEHIC     8410.36         577.28        1723.49
GMAC                       UNSECURED       NOT FILED            .00            .00
INDYMAC BANK               CURRENT MORTG        .00             .00            .00
INDYMAC BANK               MORTGAGE ARRE        .00             .00            .00
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED            .00            .00
AFFILIATED RADIOLOGISTS    UNSECURED       NOT FILED            .00            .00
AMERICASH LOANS LLC        UNSECURED         1781.83            .00            .00
APRIA HEALTHCARE  INC      FILED LATE       1312.59             .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00            .00
ARMOR SYSTEMS CO           UNSECURED          52.80             .00            .00
CHILDRENS MEMORIAL HOSPI   UNSECURED       NOT FILED            .00            .00
CITIFINANCIAL              UNSECURED        13043.52            .00            .00
CITIBANK/SEARS             UNSECURED       NOT FILED            .00            .00
COMPUTER CREDIT            UNSECURED       NOT FILED            .00            .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED            .00            .00
EDMUND J LEWIS & ASSOC     UNSECURED       NOT FILED            .00            .00
GREAT AMERICAN FINANCE     UNSECURED        1550.47             .00            .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED            .00            .00
HRS HOME HEALTH            UNSECURED       NOT FILED            .00            .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED            .00            .00
M3 FINANCIAL SVCS          UNSECURED       NOT FILED            .00            .00
M3 FINANCIAL SVCS          UNSECURED       NOT FILED            .00            .00
M3 FINANCIAL SVCS          UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED            .00            .00
MEDICAL RECOVERY SPECIAL   UNSECURED       NOT FILED            .00            .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 23750 MICHELE M ESKRIDGE

```
MEDICAL RECOVERY SPECIAL  UNSECURED      NOT FILED             .00            .00
MIDWEST ORTHOPAEDICS AT   UNSECURED      NOT FILED             .00            .00
MONTEREY FINANCIAL        UNSECURED         375.80             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED             .00            .00
NATIONWIDE CREDIT CO      UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED             .00            .00
NCO FINANCIAL SYSTEM      UNSECURED      NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         173.68             .00            .00
PAYDAY LOAN STORE         UNSECURED      NOT FILED             .00            .00
RACINE EMERGENCY PHYSICI  UNSECURED      NOT FILED             .00            .00
RICHARD A LEVY MD         UNSECURED      NOT FILED             .00            .00
ROCKFORD MERCANTILE AGEN  UNSECURED         407.91             .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED             .00            .00
RUSH HEALTH CARE FINANCE  UNSECURED      NOT FILED             .00            .00
RUSH HEALTH CARE FINANCE  UNSECURED      NOT FILED             .00            .00
RUSH HEALTH CARE FINANCE  UNSECURED      NOT FILED             .00            .00
RUSH HEALTH CARE FINANCE  UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
ROUNDUP FUNDING LLC       UNSECURED         506.86             .00            .00
UNITED COLLECTION BUREAU  UNSECURED      NOT FILED             .00            .00
UNITED COLLECTION BUREAU  UNSECURED      NOT FILED             .00            .00
INDY MAC BANK             NOTICE ONLY    NOT FILED             .00            .00
MONTEREY FINANCIAL        SECURED           750.00           28.02         145.93
RJM ACQUISITIONS          UNSECURED          92.81             .00            .00
RUSH UNIVERSITY           UNSECURED      NOT FILED             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,481.50                        2,762.82
TOM VAUGHN                TRUSTEE                                           438.54
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                               5,676.08

              PAGE  2 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23750 MICHELE M ESKRIDGE
```

```
PRIORITY                                                              .00
SECURED                                                          1,869.42
     INTEREST                                                      605.30
UNSECURED                                                             .00
ADMINISTRATIVE                                                   2,762.82
TRUSTEE COMPENSATION                                               438.54
DEBTOR REFUND                                                         .00
                                       ----------------    ----------------
TOTALS                                        5,676.08            5,676.08
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/17/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE

                              PAGE   3
          CASE NO. 07 B 23750 MICHELE M ESKRIDGE